**UNITED STATES DISTRICT COURTS
FOR THE DISTRICT OF COLUMBIA**

**FILED**

JUN 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Thurston Sweet.
Fed # 03265-000
DCDC. 188-417

Petitioner

Case No. 07-1112 RMC

**V.**

william Smith, warden
U.S.P.C. et.al.,
F.B.O.P. et.al;

**Respondents**

## MOTION TO PROCEED IN FORMA PAUPERIS

Comes now the petitioner pro-se, *Thurston Sweet* and respectfully

Moves this most Honorable Court pursuant to 28 U.S.C. @ 1915, for an

Order granting leave to file, *WRit and Attached Motions*, without

Being required to prepay cost and fees, and without giving security therefor.

The attached affidavit is filed in support of this motion.

*Thurston Sweet*

**RECEIVED**

MAY 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Leave to file without
Prepayment of Cost **GRANTED**

*Henry Kennedy*
6/7/07

3

1

## UNITED STATES DISTRICT COURTS
### FOR THE DISTRICT OF COLUMBIA

Thurston Sweet
Fed. #03265-000
DC.DC.# 188-417

Petitioner

v.

William Smith, WARDEN
U.S.P.C. et. al.
F.BOP et al.

Respondents

Case No._____

## AFFIDAVIT IN SUPPORT OF MOTION TO
## PROCEEDING IN FORMA PAUPERIS

**I Hereby and declare under the penalty of perjury, being duly**

**Sworn, deposes and says:**


**This affidavit is made pursuant, To 28 U.S.C, @ 1915, in support of**

**Petitioner's motion to file in forma pauperis.**

**1.  I am a citizen of the United States.**

**2.  I am unable to pay the cost of said action.**

**3.  I unable to give security of same.**

**4.  I am entitled to redress I seek.**

**5.  The nature of my cause is stated.**

2

Wherefore, these reasons listed in the aforementioned petitioner requests leave to proceed in forma pauperis.

Respectfully Submitted,

*Thurston Sweet*

## Certificate of Service

I hereby and declare, that a true and accurate copy of the Foregoing motion to proceed in forma pauperis was sent by first class Mail on this_____ day of _____, to make service On the U.S. Attorney's Office for the District of Columbia, Washington D.C. 20530

*Thurston Sweet*