**FILED**

JUN 21 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURTS
FOR THE DISTRICT OF COLUMBIA

Donddeago Hardy
Fed # 52725-019
DCDC# 208-932

Petition,

V.

William Smith, Warden
U.S.P.C, et al
F.B.O.P, et al

Respondents

Case No. 07-1112 RMC

## MOTION TO PROCEED IN FORMA PAUPERIS

Comes now the petitioner pro-se, _Donddeage Hardy_ and respectfully

Moves this most Honorable Court pursuant to 28 U.S.C. @ 1915, for an

Order granting leave to file, _Writ and Attached Motions_ without

Being required to prepay cost and fees, and without giving security therefor.

The attached affidavit is filed in support of this motion.

_Donddeage Hardy_

**RECEIVED**

MAY 29 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Leave to file without
Prepayment of Cost **GRANTED**

_Henry Kennedy_
6/7/07

1

5

UNITED STATES DISTRICT COURTS
FOR THE DISTRICT OF COLUMBIA

Donaldeago Hardy
Fed # 52725-019
DCDC 208-932

Petition

v.

William Smith, Warden
USPC et. al,
FBOP et al.

Respondents

Case No._____

AFFIDAVIT IN SUPPORT OF MOTION TO
PROCEEDING IN FORMA PAUPERIS

I Hereby and declare under the penalty of perjury, being duly

Sworn, deposes and says:

This affidavit is made pursuant, To 28 U.S.C, @ 1915, in support of

Petitioner's motion to file in forma pauperis.

1. I am a citizen of the United States.

2. I am unable to pay the cost of said action.

3. I unable to give security of same.

4. I am entitled to redress I seek.

5. The nature of my cause is stated.

2

Wherefore, these reasons listed in the aforementioned petitioner requests leave to proceed in forma pauperis.

Respectfully Submitted,

*Donddeago Handy*

### Certificate of Service

I hereby and declare, that a true and accurate copy of the Foregoing motion to proceed in forma pauperis was sent by first class Mail on this_____ day of _____, to make service On the U.S. Attorney's Office for the District of Columbia, Washington D.C. 20530

*Donddeago Handy*