**FILED**

UNITED STATES DISTRICT COURTS
FOR THE DISTRICT OF COLUMBIA

JUN 21 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Jeremiah Mack
Fed # 10208-007
DCDC # 208-932

Petition,

v.

William Smith, Warden
USPC et al.
FBOP et al.

Respondents

Case No. 07-1112 RMC

## MOTION TO PROCEED IN FORMA PAUPERIS

Comes now the petitioner pro-se, Jeremiah Mack and respectfully Moves this most Honorable Court pursuant to 28 U.S.C. @ 1915, for an Order granting leave to file, Writ and Attached Motion without Being required to prepay cost and fees, and without giving security therefor.

The attached affidavit is filed in support of this motion.

[signature: J Mack]

**RECEIVED**

MAY 29 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Leave to file without
Prepayment of Cost **GRANTED**

[signature]
6/7/07

1

6

UNITED STATES DISTRICT COURTS
FOR THE DISTRICT OF COLUMBIA

Jeremiah Mack
Fed # 10208-007
DCDC # 208-932

Petitioner

v.

William Smith, Warden
U.S. PC. et. al.
FBoP et. al.

Respondents

Case No. _____

AFFIDAVIT IN SUPPORT OF MOTION TO
PROCEEDING IN FORMA PAUPERIS

**I Hereby and declare under the penalty of perjury, being duly Sworn, deposes and says:**

This affidavit is made pursuant, To 28 U.S.C, @ 1915, in support of Petitioner's motion to file in forma pauperis.

1. I am a citizen of the United States.

2. I am unable to pay the cost of said action.

3. I unable to give security of same.

4. I am entitled to redress I seek.

5. The nature of my cause is stated.

2

Wherefore, these reasons listed in the aforementioned petitioner requests leave to proceed in forma pauperis.

Respectfully Submitted,

### Certificate of Service

I hereby and declare, that a true and accurate copy of the Foregoing motion to proceed in forma pauperis was sent by first class Mail on this_____ day of _____, to make service On the U.S. Attorney's Office for the District of Columbia, Washington D.C. 20530