**FILED**
JUN 2 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Terence K. Bethea
Fed. Reg. #09978-007,

Thurston Sweet
Fed. Reg. #03265-000,

Donddeago Hardy
Fed. Reg. #52725-019,

Marcus Ferguson
Fed. Reg. #10578-007,

Jeremiah Mack
Fed. Reg. #10208-007,

Alfonso Wilson
Fed. Reg. #12015-058,

   -VS-

William Smith, Warden, D.C. Jail,
Federal Bureau of Prison, et.al.,
U.S. Parole Commission, et.al.,

                   Respondents,

Civil Action No. 07-1112 RMC

## MOTION FOR APPOINTMENT OF CLASS COUNSEL

Comes now the Petitioner's in the above-captioned cause, humbly and respectfully request this most Honorable Court Appoint Class Counsel for the following reasons expressed herein;

  (1)    Pursuant to the Rules of Civil Procedure, Rule 23(g)(1)(A)(B)(C), it states in pertinent part:
          …A court that certifies a class must appoint class counsel.
  (2)    In appointing class counsel the court must consider:
       • The work counsel has done in identifying or investigating potential claims in this action.

**RECEIVED**
MAY 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

8

- Counsel's experience in handling class actions other complex litigation, and clams of the type asserted in the action,
- Counsel's knowledge of the applicable law, and
- The resources counsel will commit to representing the class;

(3) Petitioners are simply laymen and bias and prejudice come into play when a group of inmates file against the Federal Government. In other words, "were not taken serious.

(4) Petitioners do not have experience in handling class actions.

(5) Petitioners face a logistics nightmare because of the fact that at anytime one or all of them can be sent to any part of the United States into the Federal Bureau of Prisons.

(6) Class Counsel would be at a centralized location and have access to all parties involved.

(7) Petitioners Request Steven Goldblatt of Georgetown Law Center, Tony Shelly of Miller & Chevalier, or Hogan & Hartson to act as pre bono

(8) Petitioners are only allowed one hour a week to research and have access to the Jail's Law Library, which is not enough time to get anything substantial completed. Wherefore these reasons stated in the afore mentioned Petitioners Request App0ointment of class counsel.

Respectfully Submitted,

_____
Terence K. Bethea
Fed. Reg. #09978-007

_____
Donddeago Hardy
Fed. Reg. #52725-019

_____
Jeremiah Mack
Fed. Reg. #10208-007

_____
Thurston Sweet
Fed. Reg. #03265-000

_____
Marcus Ferguson
Fed. Reg. #10578-007

_____
Alfonso Wilson
Fed. Reg. #12015-058

## CERTIFICATE OF SERVICE

I hereby certify and declare that a true and accurate copy of the foregoing _Motion to Counsel_ was placed into this institution's mail receptacle on this _24th_, day of _May_, 2007, to make service on the U.S. Attorney for the District of Columbia, 555 – 4th Street, N.W. Washington, D.C. 20530

Terence K. Bethea
Fed. Reg. #09978-007
D.C. D.C. #259-385

Donddeage Hardy
Fed. Reg. #52725-019
D.C. D.C. # 229-609

Jeremiah Mack
Fed. Reg. #10208-007
D.C. D.C. #208-932

Thurston Sweet
Fed. Reg. #03265-000
D.C. D.C. #188-417

Marcus Fergusoon
Fed. Reg. #10578-007
D.C. D.C. 241-789

Alfonso Tillman (Wilson)
Fed # 12015-058
DCPC # 184-824