UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUN 21 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Terence K. Bethea
Fed. Reg. #09978-007,
D.C D.C. #259-385
1901 D Street, SW   Wash., DC 20003

Thurston Sweet
Fed. Reg. #03265-000,
D.C D.C. #188-417

Donddeago Hardy
Fed. Reg. #52725-019,
D.C D.C. #208-932

Civil Action No. 07-1112 RMC

Marcus Ferguson
Fed. Reg. #10578-007,
D.C. D.C. #241-789

Jeremiah Mack
Fed. Reg. #10208-007,
D.C D.C. #208-932

Alfonso Wilson
Fed. Reg. #12015-058,

   -VS-

William Smith, Warden, D.C. Jail,
Federal Bureau of Prison, et.al.,
United States Parole Commission, et.al.,

## MOTION TO EXPIDITE

Comes now the Petitioner's Pro-se, in the above-captioned cause, humbly and respectfully moves this must Honorable Court Expedite this case and place it on the Fast Track for the following reasons expressed herein.

9

## JURISDICTION

Jurisdiction in this case is by virtue of 28 U.S.C. § 1657(a) in which states the following in pertinent part;

(1657)(a) Not withstanding any other provision of law each Court of the United States shall determine the order in which Civil Action's are heard and determined, except that the Court shall expedite the consideration of any action … if good cause is shown. Id.

## GOOD CAUSE

The afore mentioned Petitioner's participating in the Class Action contend that their sentences have expired, but due to miscalculations on the part of the D.C. Department of Corrections and the Federal Bureau of Prisons. The class members are being held Illegally in Violation of the Laws and Regulations of the District of Columbia.

More over, this case should be put on the fast track simply because of the Liberty Interest involved and the coming liability issues arising out of this case. The class participants realize that they cannot force the court to move this case on the Fast Track. However, the urgency of the matter when it relates to ones freedom should be taken into consideration in the case at bar.

Simply because there is a wealth of case law that states that the writ of habeas corpus should be treated with the utter most respect when it comes to ones freedom. This is true because of the very nature of the weir itself. The petitioner's issue's in this case are neither frivolous nor malicious, and although they are not attorney's the case law states that they rely on is plain and very easy to understand.

The U.S. Parole Commission as well as the Federal Bureau of Prisons is two of the most racist agencies in the Washington Metro Area. It is time for the court to fulfill its fiduciary duty and stop this injustice, from going on any further. Petitioner's have also filed an affidavit of bias and prejudice pursuant to 28 U.S.C. §144, in an effect to get judges who will look at this case objectively and not "Rubber Stamp" whatever the government says is or is not the case, in the case at bar.

Where fore these reasons stated in the afore mentioned the petitioner's pray this most Honorable Court Expedite this case and put it on the FAST TRACT.

Respectfully Submitted,

Terence K. Bethea
Fed. Reg. #09978-007
D.C. D.C #259-285

Thurston Sweet
Fed. Reg. #03265-000
D.C D.C. #188-417

Donddeago Hardy
Fed. Reg. #52725-019
D.C. D.C. #208-932

Marcus Ferguson
Fed. Reg. #10578-007
D.C. D.C. #241-789

Jeremiah Mack
Fed. Reg. #10208-007
D.C. D.C. #208-932

Alfonso Wilson
Fed. Reg. #12015-058
D.C. D.C. #184-824

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Terence K. Bethea
Fed. Reg. #09978-007,
D.C D.C. #259-385

Thurston Sweet
Fed. Reg. #03265-000,
D.C D.C. #188-417

Donddeago Hardy                                    Civil Action No. _____
Fed. Reg. #52725-019,
D.C D.C. #208-932

Marcus Ferguson
Fed. Reg. #10578-007,
D.C. D.C. #241-789

Jeremiah Mack
Fed. Reg. #10208-007,
D.C D.C. #208-932
Alfonso Wilson
Fed. Reg. #12015-058,

   -VS-

William Smith, Warden, D.C. Jail,
Federal Bureau of Prison, et.al.,
United States Parole Commission, et.al.,


# MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PETITIONER'S, MOTION TO EXPEDITE

1. The Inherent powers of this most Honorable Court.
2. In Brandon v. 30th Judicial Circuit of Kentucky, 410 U.S. 484 (1973), the United States Supreme Court made reference to the timing involved in relation to writs of habeas corpus when it held; "The need to preserve the writs of habeas corpus as a swift and imperative remedy in all cases of illegal restraint of confinement." (Citing. Fay v. Noia., 372 U.S. 391 (1963),

1

(quoting, <u>Secretary of State for Home Affairs v. O'Brian</u>, [1923] A.C. 603.609 (H.L.)

3. In <u>Rose v. Lundy</u>, 455 U.S. 509 (1982), the high court held; "The person's principal interest of course, is obtaining <u>Speedy</u> Federal relief on dis claims." Id. At 509.

4. In <u>Chatman-Bey v. Thornburg</u> 864 F.2d 804 (D.C. Cir. 1988). This circuit held; "Delay is undesirable in all aspects of our Justice System. It is especially to be avoided in the sensitive context of habeas corpus." This circuit goes ever further and reiterates: "The Supreme Court has said time and time again, that the "<u>prompt resolution</u> of prisoner's claims is a principle function of habeas." Id. At 814.

5. In <u>Ruby v. U.S.</u>, 341 F. 2d 585, 587 (9th Cir. 1965), cert. Denied. 384 U.S. 978 (1966), the ninth Circuit held, "The application and displaces the calendar of the judge or justice who entertains it and receives <u>Prompt Action</u> from within the four corners of the application." " The ordinary rules of civil procedures are not intended to apply thereto, at lease in the initial, <u>emergency</u> attention is given as prescribed by statute to application of the writ. "Id. At 587.

6. In <u>Johnston v. Avery</u>, 393 U.S. 484 (1969), the Supreme Court held; "There is no higher duty than to maintain the writ of habeas corpus unimpaired." (Quoting, <u>Bowen v. Johnson</u>, 306 U.S. 19 (1939)).

Wherefore these reasons stated in the afore mentioned motion and attached memorandum petitioners request this case be expedited and put on the FAST TRACK.

Respectfully Submitted,

Terence K. Bethea
Fed. Reg. #09978-007
D.C. D.C #259-285

Donddeago Hardy
Fed. Reg. #52725-019
D.C. D.C. #208-932

Jeremiah Mack
Fed. Reg. #10208-007
D.C. D.C. #208-932

Thurston Sweet
Fed. Reg. #03265-000
D.C D.C. #188-417

Marcus Ferguson
Fed. Reg. #10578-007
D.C. D.C. #241-789

Alfonso Wilson
Fed. Reg. #12015-058
D.C. D.C. #184-824

## Certificate of Service

    I hereby certify and declare that a true and accurate copy of the foregoing _motion to Cert. As A Class_ was place into this institutions mail receptacle on this _24th_ day of _May_, 2007, to make service on the U.S. attorney's office 555- 4th Street, N.W. wash., D.C. 20530/