UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 21 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Terence K. Bethea
Fed. Reg. #09978-007,

Thurston Sweet
Fed. Reg. #03265-000,

07-1112 RMC

Donddeago Hardy
Fed. Reg. #52725-019,

Marcus Ferguson
Fed. Reg. #10578-007,

Jeremiah Mack
Fed. Reg. #10208-007,

Alfonso Wilson
Fed. Reg. #12015-058,

        Petitioner's,

-VS-

William Smith, Warden, D.C. Jail,
Federal Bureau of Prison, et.al.,
U.S. Parole Commission, et.al.,

        Respondents,

## PETITIONER'S MOTION TO BE CERTIFIED AS A CLASS ACTION

Comes now the Petitioner's in the above-captioned cause, humbly and respectfully request this most Honorable Court Certify this case as a Class Action Pursuant to FRCP 23(A)(B), and as follows;

(1)    Petitioner's issues are identical in that they center around the giving, and taking away; of Institutional Good Time Credits ("IGT") Credits. Not to be mistaken with "STREET TIME."

(2)    Pursuant To FRCP Rule 23(a), prerequisites to a class action, the Petitioner's in this case represent thousands of D.C. code inmates sentenced under the

(3)    Good Time Credit Act 24-4316, which under (A)(1) the class is so numerous that Jointer of all members is impractical (A)(2) there are questions of law or fact common (Identical) to the class, and (A)(3) the claims or defenses of the representative parties are typical of the claims or defenses of the class, and (A)(4) the representative parties will fairly and adequately protect the interest of the class.

(3)    Petitioner's also contend that pursuant FRCP Rule 23(b), this class action is considered maintainable if the prerequisites of subdivision (a) are satisfied and;

    (1) The prosecution of separate actions by or against individual members of the class would create a risk of;
    (A) Inconsistent or varying adjudications (depending or what Judge or U.S Attorney you get) with respect to individual members of the class which would establish incompatible Standards of Conduct for the party opposing the class.
    (B)(2) The party opposing the class has acted or refused to act on grounds generally applicable to the class, thereby making appropriate final injunctive relief or corresponding declaratory relief with respect to the class.

(4)    All of the petitioner's in this case contend that the Federal Bureau of Prisons in conjunction with or, under the authority of the U.S. Parole Commission has purposely applied two different laws to D.C. Code Prisoner's Sentences in Violation of the D.C. Circuit's Jurisprudence on the matter and in violation of 28 D.C. M.R. 617.1 through 9.

(5)    Petitioners contend that there are at least 2,500 to 7,500 D.C. code inmates who sentences are affected by the governments under handedness.

(6)    Petitioners contend that the government agencies involved are some of the most racist in America there for these reasons stated in the motion and the petitioner's writ of habeas corpus, Petitioner's Request this case be certified as a Class Action.

Respectfully Submitted,

Terence K. Bethea
Fed. Reg. #09978-007

Thurston Sweet
Fed. Reg. #03265-000

Donddeago Hardy
Fed. Reg. #52725-019

Marcus Ferguson
Fed. Reg. #10578-007

Jeremiah Mack
Fed. Reg. #10208-007

Alfonso Wilson
Fed. Reg. #12015-058