UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TERENCE BETHEA**, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 07-1112 (RMC) |
| ) | |
| **WILLIAM SMITH**, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## ORDER TO SHOW CAUSE

Pursuant to 28 U.S.C. § 2243, it is hereby

**ORDERED** that Respondents, by counsel, within 30 days of service of a copy of this Order and the Petition, shall file with this Court and serve on the Petitioners a statement showing why a writ of habeas corpus should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshals Service for the purpose of making service of same on the Respondents, the United States Attorney for the District of Columbia, and the United States Attorney General.

**SO ORDERED**.

Date: June 28, 2007                                  /s/
                                                     ROSEMARY M. COLLYER
                                                     United States District Judge