UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TERENCE BETHEA, et al.        )
                              )
        V.                    )   Civil Action No. 07-1112 (RMC)
                              )
WILLIAM SMITH, et al.         )

FEDERAL RESPONDENTS' MOTION FOR AN EXTENSION OF TIME
TO MOVE OR OTHERWISE RESPOND WITH RESPECT TO
PETITIONERS' PETITION FOR A WRIT OF HABEAS CORPUS

The Federal Bureau of Prisons and the United States Parole Commission ("Federal Respondents") respectfully move for an extension of time to and including September 14, 2007, in which to move or otherwise respond with respect to petitioners' petition for a writ of habeas corpus. Because petitioners are incarcerated we have not attempted to reach them to learn their position on this motion.

The undersigned has been obliged to file a brief yesterday in connection with, and otherwise prepare for, an August 3, 2007 evidentiary hearing in the Superior Court for the District of Columbia, and to begin work on the government's oppositions to two previously assigned collateral motions for relief filed in that court, due on August 10, 2007. The undersigned is also obliged to prepare responses to other previously assigned collateral attack motions, due in August and September. This is the Federal Respondents' first request for an extension of time; petitioners should not be unduly prejudiced by this request.

WHEREFORE, the Federal Respondents respectfully request an extension of time to and including September 14, 2007, in which to move or otherwise respond with respect to petitioners' petition for a writ of habeas corpus.

Respectfully submitted,

JEFFREY A. TAYLOR (D.C. Bar 490-610)
United States Attorney

ROBERT D. OKUN (D.C. Bar No. 457-078)
Chief, Special Proceedings Division

/s/ Thomas S. Rees
THOMAS S. REES (D.C. Bar No. 358-962)
Assistant United States Attorney
Special Proceedings Division
555 Fourth Street, N.W., Tenth Floor
Washington, D.C. 20530
(202) 305-4882

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 2nd day of August, 2007, a copy of the foregoing Federal Respondents' Motion For An Extension Of Time, along with a proposed order, was served first class mail, postage prepaid, on:

    Linda Singer, Attorney General
     of the District of Columbia
    441 4th Street, N.W.
    Suite 1060 N
    Washington, D.C. 20001

    Terence Bethea
    D.C. Jail
    Inmate Mail/Parcels
    1901 D Street, S.E.
    Washington, D.C. 20003

    Thurston Sweet
    D.C. Jail
    Inmate Mail/Parcels
    1901 D Street, S.E.
    Washington, D.C. 20003

    Alfonzo Wilson
    D.C. Jail
    Inmate Mail/Parcels
    1901 D Street, S.E.
    Washington, D.C. 20003

    Donddeago Hardy
    D.C. Jail
    Inmate Mail/Parcels
    1901 D Street, S.E.
    Washington, D.C. 20003

    Jeremiah Mack
    D.C. Jail
    Inmate Mail/Parcels
    1901 D Street, S.E.
    Washington, D.C. 20003

Marcus Ferguson
D.C. Jail
Inmate Mail/Parcels
1901 D Street, S.E.
Washington, D.C. 20003

/s/ Thomas S. Rees
THOMAS S. REES
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TERENCE BETHEA, et al.        )
                              )
        V.                    )        Civil Action No. 07-1112 (RMC)
                              )
WILLIAM SMITH, et al.         )

ORDER

This matter is currently before the Court on the motion of the Federal Bureau of Prisons and the United States Parole Commission ("Federal Respondents") for an extension of time in which to move or otherwise respond with respect to the petitioners' petition for a writ of habeas corpus.

UPON CONSIDERATION of the Federal Respondents' motion and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that the Federal Respondents' motion for an extension of time is hereby granted. And it is

FURTHER ORDERED that the Federal Respondents shall be afforded an extension of time to and including September 14, 2007, in which to move or otherwise respond with respect to petitioners' petition for a writ of habeas corpus.

_____
Honorable Rosemary M. Collyer
United States District Judge

copies to:

Linda Singer,
Attorney General
 of the District of Columbia
441 4th Street, N.W.
Suite 1060 N
Washington, D.C. 20001

Thomas S. Rees
Assistant United States Attorney
United States Attorney's Office
Special Proceedings Division
555 4th Street, N.W. - Room 10-911
Washington, D.C. 20530

Terence Bethea
D.C. Jail
Inmate Mail/Parcels
1901 D Street, S.E.
Washington, D.C. 20003

Thurston Sweet
D.C. Jail
Inmate Mail/Parcels
1901 D Street, S.E.
Washington, D.C. 20003

Alfonzo Wilson
D.C. Jail
Inmate Mail/Parcels
1901 D Street, S.E.
Washington, D.C. 20003

Donddeago Hardy
D.C. Jail
Inmate Mail/Parcels
1901 D Street, S.E.
Washington, D.C. 20003

Jeremiah Mack
D.C. Jail
Inmate Mail/Parcels
1901 D Street, S.E.
Washington, D.C. 20003
Marcus Ferguson
D.C. Jail
Inmate Mail/Parcels

1901 D Street, S.E.
Washington, D.C. 20003