7/29/07

MEMORANDUM
TO           : Clerk of the District Court

From         : TERENCE K. BETHEA
               Fed. Reg. # 09978-007
               Federal Correctional Insti., Gilmer
               P.O. BOX-6000
               Glenville, WV  26351

Reference : Civil Action No. 07-1112 RMC

DEAR Clerk:
     Please be Advised that I have moved to the above-mentioned Federal Correctional Institution Gilmer. Please Forward All Correspondence (i.e. orders, motions, etc. etc. etc.) to me A.S.A.P.. Thank You and have a Nice day.

                                   Respectfully,

RECEIVED
AUG 9 – 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

                                   _____
                                   TERENCE K. BETHEA

P.S. I have other CASES as well, specifically Two! Please send info on them. (i.e. Case Numbers, orders etc. etc.)