## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **TERENCE BETHEA, et. al.,** | : | |
| **Petitioners,** | : | |
| | : | |
| **v.** | : | **No. 07-1112 (RMC)** |
| | : | |
| **WILLIAM SMITH, et al.,** | : | |
| **Respondents.** | : | |

### PARTIAL CONSENT MOTION FOR LEAVE FOR THE DISTRICT OF COLUMBIA TO FILE ITS RESPONSE TO PETITIONERS' *WRIT OF HABEAS CORPUS*

William Smith, respondent and Warden for the District of Columbia Jail, hereby moves this Court for leave to file his response to Petitioners' *Writ of Habeas Corpus*. Counsel for Smith has been unable to contact the six petitioners in this special proceeding to obtain their consent.  The United States consents to the filing of this motion.  As reasons for this request, the parties refer this Court to the attached memorandum of points and authorities.

Respectfully submitted,

LINDA SINGER
 Attorney General for the
District of Columbia

GEORGE C. VALENTINE
 Deputy Attorney General,
 Civil litigation Division

_____/s/_____
PHILLIP A. LATTIMORE. III [422968]
Section Chief, General Litigation Section III
Office of the Attorney General
Civil Litigation Division
441 4th Street, N.W., 6th Floor South
Washington D.C. 20001

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **TERENCE BETHEA, et. al.,** | : | |
| **Petitioners,** | : | |
| | : | |
| **vi.** | : | **No. 97-1112 (RMC)** |
| | : | |
| **WILLIAM SMITH, et al.,** | : | |
| **Respondents.** | : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION
FOR LEAVE TO FILE RESPONSE TO PETITIONERS'
*WRIT OF HABEAS CORPUS***

William Smith, respondent, submits this memorandum of points and authorities in support of his motion for leave to file his response to petitioners' *writ*.

1.      In this case, Petitioners have filed a *writ* with this Court requesting that this Court grant their petition for *habeas* because the District of Columbia as well as the United States have failed to properly credit their good time credit that was earned from their prior incarceration.   In addition, they argue that the Governments have failed to provide them with a hearing before deciding not to grant them good time credit.

2.      Due to staffing turnover (two attorneys have recently left the section), the District of Columbia Government was not able to respond to petitioners' request for a *writ* until today.   Since the United States has filed a motion to enlarge the time until September 14, 2007, in which it is to file its response, the District asserts that no parties will be adversely affected by the filing of the District's response at this time --- several weeks before the United States' response is due to be filed.   Moreover, this brief enlargement of time for the District to respond to petitioners' petition should not adversely affect this Court's calendar.

## <u>CONCLUSION</u>

Accordingly, Warden Smith requests that this Court grant this motion.


Respectfully submitted,

LINDA SINGER
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil litigation Division


_____/s/_____
PHILLIP A. LATTIMORE. III [422968]
Section Chief, General Litigation Section III
Office of the Attorney General
Civil Litigation Division
441 4th Street, N.W., 6th Floor South
Washington D.C. 20001

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **TERENCE BETHEA, et. al.,** | : | |
| Petitioners, | : | |
| | : | |
| vii. | : | **No. 97-1112 (RMC)** |
| | : | |
| **WILLIAM SMITH, et al.,** | : | |
| Respondents. | : | |

## O R D E R

Upon consideration of the motion filed by Respondent William Smith, the

memorandum of points and authorities in support thereof, and the record herein, it is

hereby on this _____ day of _____, 2007:

ORDERED:   that Respondent Smith's motion shall be granted.

FURTHER ORDERED:      that the Clerk of Court shall docket and file William

Smith's attached response.

_____
Hon. Rosemary M. Collyer
U.S. District Judge

Phillip A. Lattimore III
Chief, Office of Attorney General, D.C.
Civil Litigation Division, Section III

Thomas S. Rees
Assistant United States Attorney
Special Proceedings Section

Terence K. Bethea

Thurston Sweet

Alfonso Wilson

Donddeago Hardy

Jeremiah Mack

Marcus Ferguson

CERTIFICATE OF SERVICE

        I HEREBY CERTIFY that on this _____ day of August, 2007, a copy of the forgoing Motion by Warden for the D.C. Jail, along with the Warden's response, along with a proposed order, was served first class mail, postage prepaid on:

Terence Bethea
D.C. Jail
Inmate Mail/Parcels
1901 D Street, SE
Washington, D.C.  20003

Thurston Sweet
D.C. Jail
Inmate Mail/Parcels
1901 D Street, SE
Washington, D.C.  20003

Alfonzo Wilson
D.C. Jail
Inmate Mail Parcels
1901 D. Street SE
Washington, D.C.  20003

Donddeago Hardy
D.C. Jail
Inmate Mail/Parels
1901 D Street, SE
Washington, D.C.  20003

Jeremiah Mack
D.C. Jail
Inmate Mail/Parcels
1901 D Street, Se
Washington, D.C.  20003

Marcus Ferguson
D.C. Jail
Inmate Mail/Parcels
1901 D Street, SE
Washington, D.C.  20003

                        _____
                        Phillip A. Lattimore III
                        Chief, Civil Litigation Division Sec III
                        Office of Attorney General, D.C.

THE UNITED STATES DISTRICT OF COURT
FOR THE DISTRICT OF COLUMBIA

**TERENCE BETHEA, et. al.,**          :
     **Petitioners,**          :
               :
     **v.**          :          **No. 07-1112 (RMC)**
               :
**WILLIAM SMITH, et al.,**          :
     **Respondents.**          :

## RESPONSE BY DISTRICT OF COLUMBIA TO PETITIONERS' WRIT OF HABEAS CORPUS

The District of Columbia (the "District") files this response to the Petitioners' Writ of Habeas Corpus. In support of its response, the District states as follows:

Terence Bethea, Thurston Sweet, Alfonso Wilson, Donddeago Hardy, Jeremiah Mack and Marcus Ferguson ("Petitioners") filed this *Pro Se* petition challenging the lawfulness of the actions of the United States Parole Commission ("USPC"), the Federal Bureau of Prisons ("FBOP"), and William Smith, Warden of D.C. Jail.  In sum, Petitioners claim that after their paroles were revoked, their sentences were recalculated as if they were "new sentence[s]," and that the previous good time credits that they earned during their initial incarcerations were not applied to their new sentences. Petitioners argue that they are entitled to a hearing before the government forfeits their good time credits.

Petitioners request the issuance of a *writ of habeas corpus* and a hearing to be held.

## DISCUSSION

**THE DISTRICT OF COLUMBIA IS NOT RESPONSIBLE FOR THE ADMINISTRATION OF PETITIONERS' GOOD TIME CREDITS**

The Office of the Attorney General represents the warden of the District of Columbia Jail. Under applicable case law, the appropriate respondent in a *habeas corpus* action is this custodian --- the warden of the facility where the petitioner is incarcerated, since that warden has the ability to release the petitioner from any illegal confinement. Stokes v. United States Parole Comm'n, 374 F.3d 1235, 1238-39 (D.C. Cir. 2004). As such, the warden will abide by any court order here granting any habeas corpus relief to the petitioners.

Nevertheless, if Petitioners' good time credits were improperly forfeited, neither the District nor William Smith, the Warden for D.C. Jail, was responsible for the forfeiture because the District does not possess the authority to administer prisoner's good time credits any more. Pursuant to the National Capital Revitalization and Self-Government Improvement Act of 1997 ("Revitalization Act"), Pub. L. No. 105-33 § 11231, 111 Stat. 712, 734-737 (codified at D.C. Code §24-101 *et seq.* (2001 & Supp. 2005)) , and Fletcher v. Reilly, 433 F.3d 867 (D.C. Cir. 2006), "Congress transferred responsibility for the imprisonment of all felons convicted under the D.C. Code from District of Columbia to the federal government." Fletcher. Even though Petitioners have filed this petition against William Smith, the Warden for the District of Columbia Jail, the USPC now has "the jurisdiction and authority of the Board of Parole of the District of Columbia to grant and deny parole, and to impose conditions upon an order of parole, in the case of any imprisoned felon who is eligible for parole or reparole under the District of Columbia Code." Franklin v. District of Columbia, 163 F.3d 625 (D.C. Cir. 1998), citing

Revitalization Act, Pub. L. No. 105-33 § 11231, 111 Stat. 712, 745. The District of

Columbia Board of Parole no longer exists pursuant to Revitalization Act, Pub. L. No.

105-33 § 11231, 111 Stat. 712, 745 (codified at D.C. Code § 24-131 (2007), which states

that the D.C. Board of Parole would be abolished after completing the transfer of

authorities to the USPC.  Thus, the USPC, and not the District of Columbia, possesses the

legal authority to conduct the hearings which are necessary for the recalculation of

Petitioners' good time credits.  Although Petitioners names Warden Smith as a

respondent in their petition, they do not claim any wrongdoing by him.

        In conclusion, if Petitioners' good time credits were forfeited or recalculated by

mistake, the District would not be responsible because the District does not have the

authority to administer good time credits, and no members of the DC Department of

Corrections could participate in the board for forfeiture.

                              Respectfully submitted,

                              LINDA SINGER
                              Attorney General for the
                              District of Columbia

                              GEORGE C. VALENTINE
                              Deputy Attorney General,
                              Civil litigation Division

                              _____/s/_____
                              PHILLIP A. LATTIMORE. III [422968]
                              Section Chief,
                              General Litigation Section III
                              Office of the Attorney General
                              Civil Litigation Division
                              441 4th Street, N.W., 6th Floor South
                              Washington D.C. 20001

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Response was mailed postage prepaid on

this _____day of _____, 2007

Terence Bethea
D.C. Jail
Inmate Mail/Parcels
1901 D Street, S.E.
Washington, D.C. 20003

Thurston Sweet
D.C. Jail
Inmate Mail/Parcels
1901 D Street, S.E.
Washington, D.C. 20003

Alfonzo Wilson
D.C. Jail
Inmate Mail/Parcels
1901 D Street, S.E.
Washington, D.C. 20003

Donddeago Hardy
D.C. Jail
Inmate Mail/Parcels
1901 D Street, S.E.
Washington, D.C. 20003

Jeremiah Mack
D.C. Jail
Inmate Mail/Parcels
1901 D Street, S.E.
Washington, D.C. 20003

Marcus Ferguson
D.C. Jail
Inmate Mail/Parcels
1901 D Street, S.E.
Washington, D.C. 20003

_____
Phillip A. Lattimore III
Chief, General Litigation Section III
Office of Attorney General, D.C.

**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **TERENCE BETHEA, et. al.,** | : | |
| **Petitioners,** | : | |
| | : | |
| **vi.** | : | **No. 07-1112 (RMC)** |
| | : | |
| **WILLIAM SMITH, et al.,** | : | |
| **Respondents.** | : | |

**ORDER**

Upon consideration of the petition for the writ of habeas corpus, the response

thereto and the record herein, it is by the Court this _____day of _____2007,

ORDERED: that the Petition for the Writ of Habeas Corpus addressed against the

District of Columbia shall be discharged.

_____
Honorable Rosemary M. Collyer
United States District Judge

Copies to:

Phillip A. Lattimore. III
Chief, General Litigation III
Office of the Attorney General
Civil Litigation Division
441 4th Street, N.W., 6th Floor South
Washington D.C. 20001

Terence Bethea
D.C. Jail
Inmate Mail/Parcels
1901 D Street, S.E.
Washington, D.C. 20003

Thurston Sweet
D.C. Jail
Inmate Mail/Parcels
1901 D Street, S.E.
Washington, D.C. 20003

Alfonzo Wilson
D.C. Jail
Inmate Mail/Parcels
1901 D Street, S.E.
Washington, D.C. 20003

Donddeago Hardy
D.C. Jail
Inmate Mail/Parcels
1901 D Street, S.E.
Washington, D.C. 20003

Jeremiah Mack
D.C. Jail
Inmate Mail/Parcels
1901 D Street, S.E.
Washington, D.C. 20003

Marcus Ferguson
D.C. Jail
Inmate Mail/Parcels
1901 D Street, S.E.
Washington, D.C. 20003