UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERENCE BETHEA, *et al.*, )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>WILLIAM SMITH, *et al.*, )<br>)<br>Respondents. )<br>) | Civil Action No. 07-1112 (RMC) |

### ORDER

Pending before the Court is Respondent William Smith's motion for leave to file out of time a response to Petitioners' petition for a writ of habeas corpus. Because Mr. Smith has demonstrated excusable neglect and no prejudice will result to Petitioners, it is hereby

**ORDERED** that Respondent's Motion for Leave to File Response to Petition for Writ of Habeas Corpus [Dkt. # 18] is **GRANTED**; and it is

**FURTHER ORDERED** that Respondent's Response shall be accepted for filing on the Court's docket.

**SO ORDERED**.

Date:  August 28, 2007                    /s/
                                                    ROSEMARY M. COLLYER
                                                    United States District Judge