UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TERENCE BETHEA, et al.          )
                                )
              V.                )      Civil Action No. 07-1112 (RMC)
                                )
WILLIAM SMITH, et al.           )

### FEDERAL RESPONDENTS' MOTION FOR LEAVE TO FILE OUT OF TIME

The Federal Respondents respectfully request leave of Court to file out of time by three business days their response to petitioners' petition for a writ of habeas corpus, which they denominate Federal Respondents' Motion To Dismiss Claims And For Other Relief, And Opposition To Motion To Be Certified As A Class Action.

Undersigned counsel was obliged, by September 12, 2007, to prepare, serve, and file a dispositive motion in another collateral attack case pending in the United States District Court for the District of Colombia. He was also obliged, by September 14, to prepare, serve, and file an opposition to a Rule 35 motion to reduce sentence pending in the Superior Court. Brief additional time was needed to research, review, and refine the Federal Respondent's pleading.

WHEREFORE, the Federal Respondents respectfully request leave of Court to file their

Motion To Dismiss Claims And For Other Relief, And Opposition To Motion To Be Certified As

A Class Action.

Respectfully submitted,

JEFFREY A. TAYLOR (D.C. Bar 490-610)
United States Attorney

ROBERT D. OKUN (D.C. Bar No. 457-078)
Chief, Special Proceedings Division

 /s/ Thomas S. Rees
THOMAS S. REES (D.C. Bar No. 358-962)
Assistant United States Attorney
Special Proceedings Division
555 Fourth Street, N.W., Tenth Floor
Washington, D.C. 20530
(202) 305-4882

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 19th day of September, 2007, a copy of the foregoing Federal Respondents' motion for leave to file out of time was served first class mail, postage prepaid, on:

Terence Bethea
Fed. Reg. 09978-007
Gilmer Federal
Correctional Institution
P.O. Box 6000
Glenville, WV 26351

Thurston Sweet
Fed. Reg. 03265-000
FCI Fairton
Federal Correctional Institution
P.O. Box 420
Fairton, NJ 08320

Alfonzo Wilson
Fed. Reg.12015-058
CI Rivers
Correctional Institution
P.O. Box 630
Winton, NC 27986

Donddeago Hardy
DCDC 229-609
Fed. Reg 52725-019
Central Detention Facility
Inmate Mail/Parcels
1901 D Street, S.E.
Washington, D.C.

Jeremiah Mack
12205 Kingsford Court
Mitchellville, MD 20712

Marcus Ferguson

Fed. Reg. 10578-007
Petersburg Federal
Correctional Institution
Medium
P.O. Box 90043
Petersburg, VA 23804

and was this same day served via the Court's electronic filing system on:

Phillip A. Lattimore, III
Assistant Attorney General,
District of Columbia
441 4th Street, N.W.
Suite 6S065
Washington, D.C. 20001


/s/ Thomas S. Rees
THOMAS S. REES
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TERENCE BETHEA, et al.                    )
                                          )
              V.                          )          Civil Action No. 07-1112 (RMC)
                                          )
WILLIAM SMITH, et al.                     )
                                   ORDER

        Upon consideration of the Federal Respondents' motion for leave to file out of time, and the

entire record herein, it is hereby

        ORDERED that the Federal Respondents' motion for leave to file out of time is hereby

GRANTED.  And it is further

        ORDERED that the lodged Federal Respondents' Motion To Dismiss Claims And For Other

Relief, And Opposition To Motion To Be Certified As A Class Action shall be filed.

        SO ORDERED this _____day of _____, 2007.

                                        _____
                                        Honorable Rosemary Collyer
                                             United States District Judge

cc:     Phillip A. Lattimore, III
        Assistant Attorney General,
        District of Columbia
        441 4th Street, N.W.
        Suite 6S065
        Washington, D.C. 20001

        AUSA Thomas Rees
        United States Attorney's Office, RM 10-911
        555 4th Street, N.W.
        Washington, D.C. 20530

Terence Bethea
Fed. Reg. 09978-007
Gilmer Federal
Correctional Institution
P.O. Box 6000
Glenville, WV 26351

Thurston Sweet
Fed. Reg. 03265-000
FCI Fairton
Federal Correctional Institution
P.O. Box 420
Fairton, NJ 08320

Alfonzo Wilson
Fed. Reg.12015-058
CI Rivers
Correctional Institution
P.O. Box 630
Winton, NC 27986

Donddeago Hardy
DCDC 229-609
Fed. Reg 52725-019
Central Detention Facility
Inmate Mail/Parcels
1901 D Street, S.E.
Washington, D.C.

Jeremiah Mack
12205 Kingsford Court
Mitchellville, MD 20712

Marcus Ferguson
Fed. Reg. 10578-007
Petersburg Federal
Correctional Institution
Medium
P.O. Box 90043
Petersburg, VA 23804