UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TERENCE BETHEA, et al.    )
                          )
        V.                )        Civil Action No. 07-1112 (RMC)
                          )
WILLIAM SMITH, et al.     )

FEDERAL RESPONDENTS' NOTICE OF CORRECTED MAIL SERVICE DATE

The Federal Respondents respectfully state that because the attachments and exhibits to the Federal Respondents' Motion To Dismiss Claims And For Other Relief, And Opposition To Motion To Be Certified As A Class Action have entailed substantial photocopying, the first-class mail service copies of the following filings have been caused to be served today, September 20, 2007, rather than yesterday, September 19, 2007:

> Federal Respondents' Motion To Dismiss Claims And For Other Relief, And Opposition To Be Certified As A Class Action, and proposed order; and

> Federal Respondents' Motion For Leave To File Out Of Time, and proposed order.

Respectfully submitted,

JEFFREY A. TAYLOR (D.C. Bar 490-610)
United States Attorney

ROBERT D. OKUN (D.C. Bar No. 457-078)
Chief, Special Proceedings Division

 /s/ Thomas S. Rees
THOMAS S. REES (D.C. Bar No. 358-962)
Assistant United States Attorney
Special Proceedings Division
555 Fourth Street, N.W., Tenth Floor
Washington, D.C. 20530
(202) 305-4882

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of September, 2007, a copy of the foregoing Federal Respondents' Notice of Corrected Mail Service Date was caused to be served via first class mail, postage prepaid, on:

Terence Bethea
Fed. Reg. 09978-007
Gilmer Federal
Correctional Institution
P.O. Box 6000
Glenville, WV 26351

Thurston Sweet
Fed. Reg. 03265-000
FCI Fairton
Federal Correctional Institution
P.O. Box 420
Fairton, NJ 08320

Alfonzo Wilson
Fed. Reg.12015-058
CI Rivers
Correctional Institution
P.O. Box 630
Winton, NC 27986

Donddeago Hardy
DCDC 229-609
Fed. Reg 52725-019
Central Detention Facility
Inmate Mail/Parcels
1901 D Street, S.E.
Washington, D.C.

Jeremiah Mack
12205 Kingsford Court
Mitchellville, MD 20712

Marcus Ferguson

        Fed. Reg. 10578-007
        Petersburg Federal
        Correctional Institution
        Medium
        P.O. Box 90043
        Petersburg, VA 23804

and served via the Court's electronic filing system the same date on:

        Phillip A. Lattimore, III
        Assistant Attorney General,
        District of Columbia
        441 4th Street, N.W.
        Suite 6S065
        Washington, D.C. 20001

        <u>/s/ Thomas S. Rees</u>
        THOMAS S. REES
        ASSISTANT UNITED STATES ATTORNEY