UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TERENCE KEVIN BETHEA,** *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civ. Action No. 07-1112 (RMC) |
| ) | |
| **WILLIAM SMITH,** *et al.*, ) | |
| ) | |
| Respondents. ) | |

### ORDER

This matter is before the Court on the federal respondents' motion to dismiss certain claims and for other relief. Petitioners Kevin Bethea, Thurston Sweet, Alfonso Wilson, Donddeago Hardy, Jeremiah Mack and Marcus Ferguson are proceeding *pro se*.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509. In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is

**ORDERED** that the petitioners shall respond to the federal respondents' motion to dismiss (Dkt. No. 22) by **November 5, 2007**. If the petitioners do not respond by the date provided, the Court will treat the motion as conceded and may grant the relief sought.

/s/
ROSEMARY M. COLLYER
United States District Judge

Date: October 5, 2007