UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TERENCE BETHEA, et al.        )
                              )
        V.                    )       Civil Action No. 07-1112 (RMC)
                              )
WILLIAM SMITH, et al.         )

FEDERAL RESPONDENTS' NOTICE OF AMENDED CERTIFICATE OF
SERVICE AS TO DONDDEAGO HARDY

The Federal Respondents respectfully give notice that the mailing envelope containing Mr. Donddeago Hardy's service copies of the filings served on September 20, 2007 was returned to sender by the U.S. Postal Service because, through an administrative error, it was incorrectly addressed.[1]  These filings are:

   Federal Respondents' Notice Of Corrected Mail Service Date

   Federal Respondents' Notice of Filing

   Federal Respondents' Motion For Leave To File Out Of Time

   Federal Respondents' Motion To Dismiss Claims And For Other Relief, And Opposition
   To Motion To Be Certified As A Class Action (with attachments and exhibits)

---

[1]  The certificate of service attached to each of these filings bears Mr. Hardy's correct address, which is:

   Donddeago Hardy
   DCDC 229-609
   Fed. Reg. 52725-019
   Central Detention Facility
   Inmate Mail/Parcels
   1901 D Street, S.E.
   Washington, D.C.

All of these documents have been re-served today on Donddeago Hardy at his correct address, shown in footnote one, above. The government regrets the error.

                      Respectfully submitted,

                      JEFFREY A. TAYLOR (D.C. Bar 490-610)
                      United States Attorney

                      ROBERT D. OKUN (D.C. Bar No. 457-078)
                      Chief, Special Proceedings Division

                      /s/ Thomas S. Rees
                      THOMAS S. REES (D.C. Bar No. 358-962)
                      Assistant United States Attorney
                      Special Proceedings Division
                      555 Fourth Street, N.W., Tenth Floor
                      Washington, D.C. 20530
                      (202) 305-4882

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of October, 2007, a copy of the foregoing Federal Respondents' Amended Certificate of Service As To Donddeago Hardy was caused to be served via first class mail, postage prepaid, on:

>Terence Bethea
>Fed. Reg. 09978-007
>Gilmer Federal
>Correctional Institution
>P.O. Box 6000
>Glenville, WV 26351
>
>Thurston Sweet
>Fed. Reg. 03265-000
>FCI Fairton
>Federal Correctional Institution
>P.O. Box 420
>Fairton, NJ 08320
>
>Alfonzo Wilson
>Fed. Reg.12015-058
>CI Rivers
>Correctional Institution
>P.O. Box 630
>Winton, NC 27986
>
>Donddeago Hardy
>DCDC 229-609
>Fed. Reg 52725-019
>Central Detention Facility
>Inmate Mail/Parcels
>1901 D Street, S.E.
>Washington, D.C.
>
>Jeremiah Mack
>12205 Kingsford Court
>Mitchellville, MD 20712

       Marcus Ferguson
       Fed. Reg. 10578-007
       Petersburg Federal
       Correctional Institution
       Medium
       P.O. Box 90043
       Petersburg, VA 23804

and served via the Court's electronic filing system the same date on:

       Phillip A. Lattimore, III
       Assistant Attorney General,
       District of Columbia
       441 4th Street, N.W.
       Suite 6S065
       Washington, D.C. 20001

       /s/ Thomas S. Rees
       THOMAS S. REES
       ASSISTANT UNITED STATES ATTORNEY