UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Terence K. Bethea, et al.,          *

       Petitioners,                *

                                *

   v.                                 Civil Action No. 07-1112(RMC)
                                *

William Smith, et al.,              *

       Respondents.                *

                                *

## AFFIDAVIT OF TERENCE K. BETHEA

    I Terence K. Bethea, hereby depose and state;

1. I am one of the class members in the above-captioned cause.

2. I hereby state that I am authorized to be lead petitioner and I am also authorized to file any and all motions, memorandums, responses, on behalf of the class members, as if they were to file themselves.

    I hereby certfy, declare, and state under the penalty of perjury that the foregoing is true and correct. Executed on this ___17th___ day of ___October___, 2007.

                                                _/s/ Terence K. Bethea_
                                                Terence K. Bethea
                                                Fed.Reg.#09978-007
                                                F.C.I. - Gilmer
                                                P.O.Box-6000
                                                Glenville, WV 26351

**RECEIVED**

OCT 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CERTIFICATE OF SERVICE

I hereby certify and declare under the penalty of perjury that the foregoing affidavit was place into this Institution's mail receptacle on this 17th day of October, 2007, to make service on the U.S. Attorney's Office for the District of Columbia, 555 - 4th Street, N.W., Washington, D.C. D.C. 20530.

Terence K. Bethea
Fed.Reg.#09978-007
F.C.I. - Gilmer
P.O.Box-6000
Glenville, WV 26351