UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Marcus Ferguson et al.,                *

      Petitioners,                    *

                              *

v.                                     Civil Action No. 07-1112(RMC)

                              *

William Smith, et al.,                 *

      Respondents.                    *

### AFFIDAVIT OF MARCUS FERGUSON

I Marcus Ferguson, hereby depose and state;

1. I am one of the class members in the above-captioned cause.

2. I hereby authorize Terence K. Bethea to be lead petitioner and to file any and all motions, memorandums, responses, as if I were to file them myself.


I hereby certify, declare, and state under the penalty of perjury that the foregoing is true and correct. Executed on this 5th day of November, 2007.

                                         Marcus Ferguson
                                         Fed. Reg#10578-007
                                         F.C.I.- Petersburg
                                         P.O.Box-90043
                                         Petersburg, VA 23804

## RECEIVED

NOV 7 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>CERTIFICATE OF SERVICE</u>

I hereby certify and declare under the penalty of perjury that a true and accurate copy of the foregoing was placed into this institution's mail recetacle on this 5th day of November, 2007, to make service on the U.S. Attorney's Office for the District of Columbia, 555 - 4th Street, N.W., Washington, D.C. 20530.

*Marcus A. Ferguson*
Marcus Ferguson
Fed.Reg.#10578-007
F.C.I.-Petersburg
P.O.Box-90043
Petersburg, VA 23804