UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Thurston Sweet, et al.,        *

    Petitioners,        *

                         *

v.                             Civil Action No. 07-1112(RMC)

                         *

William Smith, et al.,         *

    Respondents.        *

## AFFIDAVIT OF THURSTON SWEET

I Thurston Sweet, hereby depose and state;

1. I am one of the class members in the above-captioned cause.

2. I hereby authorize Terence K. Bethea to be lead petitioner and to file any and all motions, memorandums, responses, as if I were to file them myself.

I hereby certify, declare, and state under the penalty of perjury that the foregoing is true and correct. Executed on this ___7___ day of _November_, 2007.

_[signature]_

Thurston Sweet
Fed.Reg.#03265-000
F.C.I.-Fairton
P.O.Box-420
Fairton, NJ 08320

**RECEIVED**

NOV 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify and declare under the penalty of perjury that the foregoing affidavit was placed into this institution's mail receptacle on this __7__ day of _November_, 2007, to make service on the U.S. Attorney's Office for the District of Columbia, 555 - 4th Street, N.W., Washington, D.C. 20530.

_T. Sweet_
Thurston Sweet
Fed.Reg.#03265-000
F.C.I.-Fairton
P.O.Box-420
Fairton, NJ 08320