UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Donddeago Hardy, et al.,          *

       Petitioner's              *

v.                                *    Civil Action No. 07-1112(RMC)

William Smith, et al.,            *

       Respondents.              *

                          *

### AFFIDAVIT OF DONDDEAGO HARDY

I Donddeago Hardy, hereby depose and state;

1. I am one of the class members in the above-captioned cause.

2. I hereby authorize Terence K. Bethea to be lead petitioner in this case and to file any and all motions, memorandums, and responses, on behalf of the class members, as they were to file themselves.

I hereby certify, declare, and state under the penalty of perjury that the foregoing is true and correct. Executed on this ___28___ day of __November__, 2007.

                                      Donddeago Hardy
                                      DCDC#229-609
                                      Fed.Reg.#52725-019
                                      Central Dentention Facility
                                      1901 D Street, S.E.
                                      Washington, D.C. 20003

**RECEIVED**

NOV 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**RECEIVED**

NOV 4 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify and declare under the penalty of perjury that the foregoing affidavit was placed into this institution's mail recetacle on this __28__ day of __November__, 2007, to make service on the U.S. Attorney's Office for the District of Columbia, 555- 4th, Street, N.W., Washington, D.C. 20530.

Donddeago Hardy
DCDC#229-609
Fed.Reg.#52725-019
C.D.F./D.C. Jail
1901 D Street, S.E.
Washington, D.C. 20003

SUBSCRIBED, SWORN TO AND ACKNOWLEDGED BEFORE ME THIS ___ DAY OF ___
NOTARY PUBLIC FOR THE DISTRICT OF COLUMBIA
MY COMMISSION EXPIRES JULY 31ST, 20__

Expires 7/31/08