AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of  COLUMBIA

07-1112 (RMC)

Dondeago Hardy

Plaintiff

v.

Federal Bureau of Prisons et al

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:

I, Dondeago Hardy, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution? _____  Do you receive any payment from the institution? _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment   ☐ Yes   ☒ No
    b. Rent payments, interest or dividends              ☐ Yes   ☒ No
    c. Pensions, annuities or life insurance payments    ☐ Yes   ☒ No
    d. Disability or workers compensation payments       ☐ Yes   ☒ No
    e. Gifts or inheritances                              ☐ Yes   ☒ No
    f. Any other sources                                  ☐ Yes   ☒ No

**RECEIVED**
DEC 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Terence K. Bethea,<br>Fed.Reg.#09978-007, | * |
| Thurston Sweet<br>Fed.Reg.#03265-000, | * |
| Alfonso Wilson<br>Fed.Reg.#12015-058, | * |
| Donddeago Hardy<br>DCDC#229-609<br>Fed.Reg.#52725-019, | * |
| Marcus Ferguson<br>Fed.Reg.#10578-007 | * Civil Action No._____<br>* [Related to Case No.07-1112(RMC)] |
| Jeremiah Mack<br>12205 Kingsford Court<br>Mitchellville, MD 20712, | * |
| Plaintiffs, | * |
| v. | * |
| Federal Bureau of<br>Prisons, et al., | * |
| U.S. Parole Commission, | * |
| Defendants. | * |
| | * |

**RECEIVED**

DEC 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>AFFIDAVIT OF DONDDEAGO HARDY</u>

I, Donddeago Hardy, hereby depose and state;

1. I am one of the class members in the above-captioned cause.

2. I hereby authorize Terence K. Bethea to be lead plaintiff in this case and to file any and all motions, memorandums, responses, on behalf of the class members, as if they were to file themselves.

I hereby certify. declare, and state under the penalty of perjury that the foregoing is true and correct. Executed on this ___20___ day of __Dec__, 2007.

**RECEIVED**

DEC 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully Submitted,

*[signature]*
Donddeago Hardy
Fed.Reg.#52725-019
DCDC#229-609
1901 D Street, S.E.
Washington, D.C. 20003

CERTIFICATE OF SERVICE

I hereby certify and declare under the penalty of perjury that a true and accurate copy of the foregoing was placed into this institution's mail receptacle on this 20 day of Dec. 07, 2007, to make service on the U.S. Attorney's Office for the District of Columbia, 555 - 4th Street, N.W., Washington, D.C. 20530.

*[signature]*
Donddeago Hardy
Fed.Reg.#52725-019
DCDC#229-609
1901 D Street, S.E.
Washington, D.C. 20003

SUBSCRIBED, SWORN TO AND ACKNOWLEDGED
BEFORE ME THIS 26 DAY OF December 2007
*[signature]*
NOTARY PUBLIC FOR THE DISTRICT OF COLUMBIA
MY COMMISSION EXPIRES JULY 31ST, 2008

-2-