UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TERENCE BETHEA, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 07-1112 (RMC) |
| WILLIAM SMITH, *et al.*, | ) ) ) | |
| Respondents. | ) ) | |

## ORDER

Before the Court is Petitioner Donddeago Hardy's Motion for Leave to Proceed in forma pauperis [Dkt. #34], pursuant to 28 U.S.C. § 1915. On June 21, 2007, this Court granted Mr. Hardy's earlier Motion for Leave to proceed in forma pauperis [Dkt. # 5] and that status has not been revoked. It is hereby

**ORDERED** that Petitioner's Motion for Leave to Proceed in forma pauperis is **DENIED** as moot.

**SO ORDERED**.

Date: January 10, 2008                              /s/
                                                   ROSEMARY M. COLLYER
                                                   United States District Judge