UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TERENCE BETHEA,** *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 07-1112 (RMC) |
| ) | |
| **WILLIAM SMITH,** *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |

### ORDER

On October 3, 2007, Petitioners filed their Opposition to the Federal Respondents' Motion to Dismiss. *See* Dkt. # 26. Petitioner Terence K. Bethea challenges the Federal Respondents' argument that because he agreed to an "expedited revocation procedure," and thereby waived his right to a hearing, his claims are moot. Mr. Bethea argues that the United States Parole Commission based its parole violation decision on incorrect facts. That is, Mr. Bethea says that he was convicted of attempted uttering, a misdemeanor, but that the Commission incorrectly used the guidelines for felony uttering in making its revocation decision. Federal Respondents are hereby **ORDERED** to respond to this argument no later than **March 7, 2008**.

**SO ORDERED**.

Date: February 25, 2008

/s/
ROSEMARY M. COLLYER
United States District Judge