UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Terence K. Bethea, et al.,          *
                                    *
          Petitioners,              *
                                    *
                                    *
     v.                             *     Civil Action No. 07-1112(RMC)
                                    *
William Smith, et al.,              *
                                    *
          Respondents.              *
                                    *
                                    *

RECEIVED
MAR 1 0 P.M.
CHAMBERS
JUDGE COLLER

## MOTION TO DISMISS WITHOUT PREJUDICE

Comes now the petitioners pro-se, in the above-captioned cause humbly and respectfully moves this most Honorable Court to dismiss this case without prejudice for the following resons expressed herein:

### JURISDICTION

Jurisdiction is by virtue of the Federal Rules of Civil Procedure, Rule 7(b).

### SUPPORTING FACTS

1. The issue that this Court has asked the government to respond to by March 7, 2008, has been thoroughly litigated in the Northern District of West Virginia. (See Case Numbers 3:07-cv-137, and 2:07-cv-102)

2. The government has conceded the fact that errors were in fact made with respect to petitioner's parole violation and erroneous calculation of his sentence.

3. The government has changed it's position several times with respect to petitioner's equitable estoppel claim as it relates to whether or not petitioner had a right to rely on the . . .

. . .eight month set-off instead of the 12 month set-off, and the decision now rests in the Judge's hands.

4. Therfore, to avoid an "abuse of writ" and given the fact that petitioner will be released on March 20, 2008, petitioner requests this most Honorable Court dismiss his writ without prejudice.

5. The reason why petitioner would like this case dismissed without prejudice is simply because the four questions asked in their initial writ can be answered in the 1983 civil action that will be forth-comming upon the class members release from their parole set-offs. In short, the four questions asked of this most Honorable court will simply be asked at another point in time in a different proceeding.

Wherefore these reasons stated in the aforementioned, the petitioner's pray this most Honorable Court dismiss this case without prejudice, and any thing else this most Honorable Court deems just fair, and proper.

Respectfully Submitted,

Terence K. Bethea
Fed.Reg.#09978-007
F.C.I.-Gilmer
P.O.Box-6000
Glenville, WV 26351

CERTIFICATE OF SERVICE

I, hereby certify and declare that a true and accurate copy of the foregoing motion to dismiss was placed into this institution's mail receptacle on this **3rd** day of, **March, 2008,** to make service on the U.S. Attorney's Office for the District of Columbia, 555 - 4th Street, N.W., Washington, D.C. 20350.

Terence K. Bethea
-2-    Fed. Reg.#09978-007
F.C.I. - Gilmer
P.O.Box-6000
Glenville, WV 26351