Marcus Ferguson
1910 14th Street, SE
Washington, DC 20020
May 7, 2008

Clerk's Office
United States District Court
U.S. CourtHouse
333 Constitution Avenue, NW
Washington, DC 20001

    RE: Case Name: BETHEA et al v. SMITH
        Case Number: 1:07-cv-1112 RMC
        (Marcus Ferguson   R#10578-007)

To Whom It May Concern:

This is to inform the Courts that I am no longer residing at Petersburg Medium Facility. Please send me a copy of all filed motions, responses or decisions made by either head petitioners or the courts. My present address is listed above.

        Respectfully yours,

        _____
        Marcus Ferguson

**RECEIVED**
MAY 1 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT